No. 11-5286. Barton Ray Gaines, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 899, 132 S. Ct. 292, 181 L. Ed. 2d 177, 2011 U.S. LEXIS 5727.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-5287. John E. Hargrove, Petitioner v. United States.

565 U.S. 899, 132 S. Ct. 292, 181 L. Ed. 2d 177, 2011 U.S. LEXIS 5725.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 625 F.3d 170.

No. 11-5288. Steven Greenwalt, Petitioner v. Millicent Warren, Warden.

565 U.S. 899, 132 S. Ct. 292, 181 L. Ed. 2d 177, 2011 U.S. LEXIS 5527.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-5289. Michael Fuller, Petitioner v. Gary C. Mohr, Director, Ohio Department of Rehabilitation and Correction.

565 U.S. 899, 132 S. Ct. 293, 181 L. Ed. 2d 177, 2011 U.S. LEXIS 5732.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Franklin County, denied.

No. 11-5290. Tony Foster, Petitioner v. Loretta Kelly, Warden.

565 U.S. 900, 132 S. Ct. 293, 181 L. Ed. 2d 177, 2011 U.S. LEXIS 5677.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

No. 11-5291. Michael Gaynor, Petitioner v. Pennsylvania.

565 U.S. 900, 132 S. Ct. 293, 181 L. Ed. 2d 177, 2011 U.S. LEXIS 5704.

October 3, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 11 A.3d 1030.

No. 11-5292. Lawrence Harper, Petitioner v. Pennsylvania.

565 U.S. 900, 132 S. Ct. 293, 181 L. Ed. 2d 177, 2011 U.S. LEXIS 5680.

October 3, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 11 A.3d 1011.

No. 11-5295. Ethan Book, Jr., Petitioner v. Richard Tobin, et al.

565 U.S. 900, 132 S. Ct. 293, 181 L. Ed. 2d 177, 2011 U.S. LEXIS 5576,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.